COURT OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

 

 

NUMBER 13-04-606-CV

 

PATTERSON-UTI DRILLING CO. SOUTH,

LP, LLP F/K/A PATTERSON DRILLING

CO.
SOUTH, LP, LLP,                                                            Appellant,

 

                                                             v.                                

 

LAVACA COUNTY CENTRAL

APPRAISAL
DISTRICT,                                                                  Appellee.

 

 

NUMBER 13-04-607-CV

 

PATTERSON-UTI DRILLING COMPANY

LP, LLLP AND PATTERSON-UTI 

DRILLING
COMPANY SOUTH, LP, LLLP,                           Appellant,

 

                                                             v.                                

 

LAVACA COUNTY CENTRAL

APPRAISAL
DISTRICT,                                                                  Appellee.

                                                                                               
                                      

 

On appeal from the 25th District
Court of Lavaca County, Texas.

 

 

MEMORANDUM OPINION

 

           Before Chief
Justice Valdez and Justices Castillo and Garza 

Memorandum Opinion Per Curiam

 

Appellants, Patterson-UTI Drilling Co. South LP,
LLP, and Patterson-UTI Drilling Co. LP, LLLP, et al., perfected appeals from
the trial court=s orders dismissing its cases for want of
prosecution.  After this Court rendered
its decision in these appeals by memorandum opinion issued on December 1, 2005,
the parties filed  a joint motion to
dismiss and to withdraw opinions.  In the
motion, the parties state that the issues in the cases have settled.  The parties respectfully request that the
memorandum opinion be withdrawn and the appeals dismissed.

The Court, having considered the documents on file
and the joint motion to dismiss and to withdraw opinion, is of the opinion that
the motion should be granted.  The joint
motion to withdraw the memorandum opinion is GRANTED, and the memorandum
opinion issued by this Court on December 1, 2005, is ordered withdrawn.  The appeals are hereby DISMISSED.

PER CURIAM

Memorandum
Opinion delivered and 

filed
this the 30th day of March, 2006.